# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 12, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

136950

CARL W. BROOKS,

      Plaintiff,

v

                                        SC:  136950
                                        AGC:  0161/08

ATTORNEY GRIEVANCE COMMISSION,

      Defendant.
_____

      On order of the Chief Justice, plaintiff having failed to pay the partial filing fee as required by the order of August 12, 2008, the Clerk of the Court is hereby directed to close this file.



I,  Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 12, 2008

_____
Clerk

jm